| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 7 |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   *City Vision National Revitalization LLC*

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   *City Vision*

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   
   83-2850115

5. **Debtor's address**

   **Principal place of business**
   
   *1095 Broken Sound Parkway NW, Suite 100*
   
   *Boca Raton, Florida 33487*
   
   *Palm Beach County, Florida*
   
   **Mailing address, if different**
   
   _____
   Number       Street
   
   _____
   P.O. Box
   
   _____ _____ _____
   City             State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number       Street
   
   _____
   
   _____ _____ _____
   City             State  ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor   City Vision National Revitalization LLC                                      Case number (if known)_____

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor   City Vision National Revitalization LLC                    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John Hofmann as Trustee of Charles W Uhrig Trust #1 | Breach of promissory note | $ 292,833.23 |
| John Hofmann as Trustee of Charles W Uhrig Trust #2 | Breach of promissory note | $ 292,833.23 |
| Regina Lanes, an individual | Breach of promissory note | $ 131,775.23 |
|  | Total of petitioners' claims | $ 717,441.69 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Charles W Uhrig Family Trust #1 (John Hofmann, Trustee)

9300 S. Dadeland Blvd., Suite 600

Miami, FL 33156

Name and mailing address of petitioner's representative, if any

John Hofmann, Trustee

9300 S. Dadeland Blvd., Suite 600

Miami, Florida 33156

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11 / 18 / 2021

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

David N. Stern
Frank, Weinberg & Black, P.L.
1875 NW Corporate Blvd., Suite 100
Boca Raton, Florida 33431

Contact phone  561-989-0700    Email  dnstern@fwblaw.net

Bar number  040398

State  Florida

X _____
Signature of attorney

Date signed  11/19/2021

Debtor: City Vision National Revitalization, LLC
Case number (if known): _____

---

**Name and mailing address of petitioner**

Charles W Uhrig Family Trust #2 (John Hofmann, trustee)

9300 S. Dadeland Blvd., Suite 600

Miami, Florida 33156

**Name and mailing address of petitioner's representative, if any**

John Hofmann

9300 S. Dadeland Blvd., Suite 600

Miami, Florida 33156

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2021

X _____ (signed)
Signature of petitioner or representative, including representative's title

---

Printed name: David N. Stern
Firm name, if any: Frank, Weinberg & Black, P.L.
Number Street: 1875 NW Corporate Pkway, Suite 100
City: Boca Raton    State: FL    ZIP Code: 33431
Contact phone: 561-989-0700    Email: dnstern@fwblaw.net
Bar number: 040398
State: Florida

X _____ (signed)
Signature of attorney
Date signed: 11/19/2021

---

**Name and mailing address of petitioner**

Regina Lanes

10342 N. Lake Vista Circle

City: Davie    State: Florida    ZIP Code: 33328-1141

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: ___ State: ___ ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2021

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: David N. Stern
Firm name, if any: Frank, Weinberg & Black, P.L.
Number Street: 1875 NW Corporate Pkway, Suite 100
City: Boca Raton    State: FL    ZIP Code: 33431
Contact phone: 561-989-0700    Email: dnstern@fwblaw.net
Bar number: 040398
State: Florida

X _____
Signature of attorney
Date signed: 11/19/2021

---

Debtor   City Vision National Revitalization, LLC        Case number (if known) _____
         Name

### Name and mailing address of petitioner

Charles W Uhrig Family Trust #2 (John Hofmann, trustee)

9300 S. Dadeland Blvd., Suite 600

Miami, Florida 33156
State

David N. Stern
Printed name

Frank, Weinberg & Black, P.L.
Firm name, if any

1875 NW Corporate Pkway, Suite 100
Number  Street

Boca Raton                              FL            33431
City                                    State         ZIP Code

Contact phone  561-989-0700   Email  dnstern@fwblaw.net

Bar number  040398

State  Florida

### Name and mailing address of petitioner's representative, if any

John Hofmann

9300 S. Dadeland Blvd., Suite 600

Miami, Florida 33156

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 18 / 2021

✗ _____
Signature of attorney

Date signed  11/19/2021

✗ _____
Signature of petitioner or representative, including representative's title

---

### Name and mailing address of petitioner

Regina Lanes

10342 N. Lake Vista Circle
Number  Street

Davie           Florida        33328-1141
City            State          ZIP Code

David N. Stern
Printed name

Frank, Weinberg & Black, P.L.
Firm name, if any

1875 NW Corporate Pkway, Suite 100
Number  Street

Boca Raton                              FL            33431
City                                    State         ZIP Code

Contact phone  561-989-0700   Email  dnstern@fwblaw.net

Bar number  040398

State  Florida

### Name and mailing address of petitioner's representative, if any

Name

Number  Street

City            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 18 / 2021

✗ _____ [signature]
Signature of petitioner or representative, including representative's title

✗ _____ [signature]
Signature of attorney

Date signed  11/19/2021

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4