# United States Bankruptcy Court
## Southern District of Florida

In re   City Vision National Revitalization, LLC                                Case No.   21-21042-MAM
                                              Debtor(s)                          Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   City Vision National Revitalization, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

City Revitalization, LLC
1095 Broken Sound Parkway, NW
Suite 100
Boca Raton, FL 33487

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 31, 2022** | **/s/ Joshua M. Liszt** |
| Date | **Joshua M. Liszt 0725811** |
| | Signature of Attorney or Litigant |
| | Counsel for   City Vision National Revitalization, LLC |
| | **Liszt Law, PA** |
| | **1095 Broken Sound Parkway, NW** |
| | **Suite 100** |
| | **Boca Raton, FL** |
| | **561-400-9053** |
| | **josh@oceantitle.com** |