**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 21-21042 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | CITY VISION NATIONAL REVITALIZATION, LLC | | Date Filed (f) or Converted (c): | 11/19/2021 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 03/01/2022 |
| | | | Claims Bar Date: | 04/05/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TD Bank operating account #6213 | $2,631.77 | $2,631.77 | | $2,506.77 | FA |
| 2 | TD Bank Account #1195 | $73.81 | $0.00 | | $0.00 | FA |
| 3 | 100 Graham Court Fort Walton Beach NE 32548 | Unknown | $299,640.00 | | $340,000.00 | FA |
| Asset Notes: | Per Order Granting Application to Employ Realtor; ECF #46; Per Order Approving Sale ECF #75 and Report of Sale ECF #80 | | | | | |
| 4 | 31 Nautilus Drive Barnegat NJ 08005 | Unknown | $338,040.58 | | $375,000.00 | FA |
| Asset Notes: | Per Order Granting Application to Employ Realtor ECF #46; Per Order Approving Sale; ECF #67 and Report of Sale #79 | | | | | |
| 5 | 404 Holland Avenue, Forked River NJ 08731 | Unknown | $342,496.92 | | $375,000.00 | FA |
| Asset Notes: | Per Order Granting Application to Employ Realtor ECF #46; Per Order Approving Sale; ECF #68 and Report of Sale #81 | | | | | |
| 6 | 2 domain names: www.cityvisionhomes.com www.cityvision.home Unknown | Unknown | $0.00 | | $0.00 | FA |
| 7 | 516 NW Turner PL, Bartelsville, OK 74003 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Property was not owned by the estate and was sold by the City prior to the bankruptcy - September 2, 2021. | | | | | |
| 8 | 5802 Mosby Rd., Meridan, MS 39307; vacant lot in high crime area | Unknown | $0.00 | OA | $0.00 | FA |
| 9 | 1809 Kirkwood Blvd., Davenport, IA 52803; vacant lot in high crime area | Unknown | $0.00 | OA | $0.00 | FA |
| 10 | Avoidance Actions/Transfers American Express (u) | $0.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 11 | Refund from North Lane Tech (u) | $0.00 | $160.93 | | $160.93 | FA |
| 12 | Refund of Insurance (u) | $0.00 | $105.63 | | $105.63 | FA |
| 13 | Avoidance Action/Transfer Demand Brad Geison and Ocean Title | $0.00 | $150,000.00 | | $0.00 | $150,000.00 |
| 14 | Fraudulent Transfer FNBO (u) | $0.00 | $98,000.00 | | $0.00 | $98,000.00 |
| Asset Notes: | Adv. 24-01142 | | | | | |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $2,705.58 | $1,311,075.83 | | $1,092,773.33 | $328,000.00 |

**Major Activities affecting case closing:**

| Case No.: | 21-21042 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | CITY VISION NATIONAL REVITALIZATION, LLC | | | Date Filed (f) or Converted (c): | 11/19/2021 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 03/01/2022 |
| | | | | Claims Bar Date: | 04/05/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/29/2024 | Trustee has filed a motion for interim distribution of $499K to be approved by the Court. Trustee has settled avoidance action with Amex for $80K, subject to approval by Court.<br><br>Another tentative settlement for $150K with Mr. Brad Geisen and Ocean Title resolving avoidance action, with a Tolling Agreement executed, extending 546(a) deadline through December 2024. Settlement in process of being documented and will be submitted to Court.<br><br>A third avoidance action adversary was filed against FNBO seeking in excess of $98K. |
| 03/29/2024 | Tax return filed. |
| 10/10/2023 | Claims review complete and Order entered. ECF #92 |
| 03/15/2023 | Negotiating with preference transferees. Additional Chapter 5 claims to be pursued. |
| 10/14/2022 | Order entered Approving Sale of Property located at 100 Graham Ct.; ECF #75. |
| 09/15/2022 | Order entered Approving Sale of Property located at 31 Nautilus; ECF #67<br>Order entered Approving Sale of Property located at 404 Holland Ave.; ECF #68 |
| 09/08/2022 | Trustee filed a Motion to Sell property located at 100 Graham Ct. Hearing is set for 10/04/22. |
| 08/12/2022 | Trustee filed a Motion to Sell the Property located at 404 Holland Avenue. Hearing is set for 09/07/2022. |
| 08/02/2022 | Notice of Taking Deposition Duces Tecum of Brad Geisen on August 8, 2022 |
| 06/22/2022 | Order entered Granting Application to Employ Realtor; ECF #46 |
| 05/27/2022 | Trustee filed Application to Employ Realtor to Sell the Real Properties; ECF #41 |
| 03/31/2022 | Estate holds onto 5 real properties in 4 states. All properties insured. One property in MS will be abandoned given the de minimus value and high cost of disposition. The remaining properties will be marketed and sold. Trustee will be filing an application to retain broker and approve listing agreements. Additionally, Trustee is in process of conducting investigation into various types of avoidance actions. Trustee intends to examine owners and managers in the coming weeks.<br><br>Claims bar date: 4/5/2022<br><br>Extension for tax returns filed. |

| Initial Projected Date Of Final Report (TFR): | 07/01/2023 | Current Projected Date Of Final Report (TFR): | 08/30/2024 | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|---|
| | | | | NICOLE TESTA MEHDIPOUR, TRUSTEE |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No. | 21-21042 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | CITY VISION NATIONAL REVITALIZATION, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0115 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2022 | (1) | TD Bank | Turnover of closed bank account funds | 1129-000 | $2,506.77 | | $2,506.77 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.56 | $2,505.21 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,501.17 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.03 | $2,497.14 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $3.89 | $2,493.25 |
| 06/06/2022 | 3001 | Nicole Testa Mehdipour | Per Order to Reimburse Administrative Expense dated 5/25/22; ECF #40; partial payment. | 3120-000 | | $2,480.00 | $13.25 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.79 | $12.46 |
| 07/20/2022 | (12) | APIA INC. dba CIS. SERVICES | Turnover of Insurance Refund | 1229-000 | $105.63 | | $118.09 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $118.01 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.19 | $117.82 |
| 09/23/2022 | | Veritex Community Bank | Wire service fee | 2600-000 | | $10.00 | $107.82 |
| 09/23/2022 | | Veritex Community Bank | Wire Service Fee | 2600-000 | | $10.00 | $97.82 |
| 09/27/2022 | | PEGASUS TITLE AGENCY LIMITED L | Per Order Approving Application to Employ Realtor ECF #46; Per Order Approving Sale of Property; ECF #67 and per Report of Sale; ECF #79 | * | $338,040.58 | | $338,138.40 |
| | {4} | | Per Order Approving Application to Employ Realtor ECF #46; Per Order Approving Sale of Property; ECF #67 and per Report of Sale; ECF #80    $375,000.00 | 1110-000 | | | $338,138.40 |
| | | | Real Estate Commissions    ($22,500.00) | 3510-000 | | | $338,138.40 |
| | | | Taxes to Township of Barnegat    ($9,730.00) | 2820-000 | | | $338,138.40 |
| | | | Sellers Attorney Fees to Shearer Law Firm    ($2,000.00) | 3991-000 | | | $338,138.40 |
| | | | Other closing costs    ($2,729.42) | 2500-000 | | | $338,138.40 |

**SUBTOTALS**  $340,652.98  $2,514.58

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |  | | |
|---|---|---|---|
| **Case No.** | 21-21042 | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** | CITY VISION NATIONAL REVITALIZATION, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0115 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 04/01/2023 | **Blanket bond (per case limit):** | $52,222,000.00 |
| **For Period Ending:** | 03/31/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2022 | | FIT AGENCY LLC | Per Order Granting Application to Employ Realtor ECF #46; Per Order Approving Sale of Property located at 404 Holland Ave., ECF #68 and Report of Sale | * | $342,496.92 | | $680,635.32 |
| | {5} | | Gross Sale of Property  $375,000.00 | 1110-000 | | | $680,635.32 |
| | | | Realtor Commission  ($16,875.00) | 3510-000 | | | $680,635.32 |
| | | | Property Taxes  ($3,880.10) | 2820-000 | | | $680,635.32 |
| | | | Closing Costs  ($11,747.98) | 2500-000 | | | $680,635.32 |
| 09/28/2022 | | Veritex Community Bank | Wire service fee refund | 2600-000 | | ($10.00) | $680,645.32 |
| 09/28/2022 | | Veritex Community Bank | Wire service fee refund | 2600-000 | | ($10.00) | $680,655.32 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $354.44 | $680,300.88 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,026.97 | $679,273.91 |
| 11/03/2022 | | IDO J. ALEXANDER P.L. IOTA TRUST | Per Order Granting Application to Employ Realtor; ECF #46; Per Order Approving Sale of Property ECF #75 and Report of Sale ECF #80 | * | $299,640.74 | | $978,914.65 |
| | {3} | | Gross Sale of Property  $340,000.00 | 1110-000 | | | $978,914.65 |
| | | | Property Taxes  ($9,765.33) | 2820-000 | | | $978,914.65 |
| | | | Realtor Commissions  ($24,000.00) | 3510-000 | | | $978,914.65 |
| | | | Closing Costs  ($6,593.93) | 2500-000 | | | $978,914.65 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,513.11 | $977,401.54 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,577.23 | $975,824.31 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,574.68 | $974,249.63 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,420.00 | $972,829.63 |
| 03/27/2023 | (11) | North Lane Technologies. Inc. | Refund from energy account | 1229-000 | $160.93 | | $972,990.56 |
| 03/28/2023 | 3002 | Nicole Testa Mehdipour | Per Order to Reimburse Administrative Expense dated 5/25/22; ECF #40; remainder of reimbursement owed. | 3120-000 | | $5,799.53 | $967,191.03 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,669.68 | $965,521.35 |
| | | | **SUBTOTALS** | | **$642,298.59** | **$14,915.64** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 21-21042 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CITY VISION NATIONAL REVITALIZATION, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0115 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2023 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,407.28 | $964,114.07 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,555.78 | $962,558.29 |
| 05/31/2023 | 3003 | Ido Alexander, Esquire | Special Counsel for Trustee Fees per Court Order dated 05/31/2023; ECF #88 | 3210-600 | | $146,468.86 | $816,089.43 |
| 05/31/2023 | 3004 | Ido Alexander, Esquire | Special Counsel for Trustee Expenses per Court Order dated 05/31/2023; ECF #88 | 3220-610 | | $784.80 | $815,304.63 |
| 05/31/2023 | 3005 | Nicole Testa Mehdipour, Esquire | Attorney for Trustee Fees per Court Order dated 05/31/2023; ECF #88 | 3110-000 | | $146,468.86 | $668,835.77 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,144.77 | $667,691.00 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,007.93 | $666,683.07 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,075.82 | $665,607.25 |

| | | | |
|---|---|---|---|
| TOTALS: | | $982,951.57 | $317,344.32 | $665,607.25 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $982,951.57 | $317,344.32 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $982,951.57 | $317,344.32 | |

| For the period of 04/01/2023 to 03/31/2024 | | For the entire history of the account between 02/16/2022 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $1,092,773.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $1,092,773.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $299,914.10 | Total Compensable Disbursements: | $427,166.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $299,914.10 | Total Comp/Non Comp Disbursements: | $427,166.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 21-21042 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CITY VISION NATIONAL REVITALIZATION, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0115 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2023 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $982,951.57 | $317,344.32 | $665,607.25 |

| For the period of 04/01/2023 to 03/31/2024 | | For the entire history of the account between 02/16/2022 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $1,092,773.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $1,092,773.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $299,914.10 | Total Compensable Disbursements: | $427,166.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $299,914.10 | Total Comp/Non Comp Disbursements: | $427,166.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE