UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                              Case No. 21-21042-MAM

CITY VISION NATIONAL REVITALIZATION       Chapter 7
LLC.,

                              Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the following documents, as described below, were served on April 10, 2024, via First Class U.S. Mail to the parties listed on Exhibit "A" attached hereto, and to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference):

- *Trustee's Motion for Authority to Make First Interim Distribution to Unsecured Creditors (the "Motion")* [ECF # 96];

- *Notice of Hearing of Motion* [ECF #97]; and

- *Notice of Filing Corrected Exhibit B to Trustee's Motion* [ECF # 98]

Dated: April 30, 2024.

                                                     **ALIGNX LAW**
                                                     Special Counsel to the Trustee
                                                     12555 Orange Drive, Suite 4159
                                                   Davie, Florida 33330
                                                   Telephone: (954) 686-7399
                                                   By:_____/s/_____
                                                   IDO J. ALEXANDER, ESQ.
                                                   Florida Bar No. 51892
                                                  ija@AlignXLaw.com

**EXHIBIT A**

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-21042<br>SOUTHERN DISTRICT OF FLORIDA | CBC MORTGAGE AGENCY<br>GERARD M KOURI JR PA<br>5311 KING ARTHUR AVE<br>DAVIE FL 33331-3340 | (U)CHARLES W UHRIG FAMILY TRUST 1 BY JOH |

| EXCLUDE | | EXCLUDE |
|---|---|---|
| (U)CHARLES W UHRIG FAMILY TRUST 2 BY JOH | CITY VISION NATIONAL REVITALIZATION LLC<br>1095 BROKEN SOUND PARKWAY NW SUITE 100<br>BOCA RATON FL 33487-3503 | (U)WEST PALM BEACH |

AC DRYWALL PAINTING LLC
147 ROUTE 46
NETCONG NJ 07857-1700

BG FUNDING INC
953 BANYAN DR
DELRAY BEACH FL 33483-4915

BK GLOBAL
1095 BROKEN SOUND PKWY NW
SUITE 100
BOCA RATON FL 33487-3503

BANKRUPTCY GLOBAL HOLDINGS LLC
CO PHIL CLARK
1095 BROKEN SOUND PARKWAY NW
100

BARGENAT TOWNSHIP
900 WEST BAY AVENUE
BARGENAT NJ 08005-1297

BARNEGAT TOWNSHIP WATER SEWER
900 WEST BAY AVENUE
BARNEGAT NJ 08005-1297

BISTATE MASONRY INC
3511 8TH ST
ROCK ISLAND IL 61201-5933

BRAD GEISEN
1095 BROKEN SOUND PARKWAY NW
100
BOCA RATON FL 33487-3503

BRENDA FAULLS RECEIVER OF TAXE
123 KINGS HWY
WARWICK NY 10990-3170

CBC MORTGAGE AGENCY
600 N 100E
CEDAR CITY UT 84721-3807

CHARLES W UHRIG FAMILY TRUST 1
4929 ANDROS DR
TAMPA FL 33629-4801

CHARLES W UHRIG FAMILY TRUST 2
4929 ANDROS DR
TAMPA FL 33629-4801

CHARLES W UHRIG FAMILY TRUST 1
JOHN HOFMANN TRUSTEE
CO DAVID N STERN
1978 NW CORPORATE BLVD SUITE 100

CHARLES W UHRIG FAMILY TRUST 2
JOHN HOFMANN TRUSTEE
CO DAVID STERN
1875 NW CORPORATE PKWY SUITE 100

CHARLES W UHRIG IRR FAM TR AGT OF 2012
CO DAVID N STERN
BARRON NEWBURGER PC
7320 N MOPAC EXPRESSWAY SUITE

EXCLUDE
(D)CHARLES W UHRIG IRR FAM TR AGT OF 2012
CO DAVID N STERN
BARRON NEWBURGER PC
7320 N MOPAC EXPRESSWAY SUITE

CITY OF COFFEYVILLE
PO BOX 1629
COFFEYVILLE KS 67337-8029

CITY OF FORT WALTON BEACH
PO BOX 746834
ATLANTA GA 30374-6834

CONSTRUCTIVE RENOVATIONS LLC
900 S FRONTAGE RD
SUITE 105
WOODRIDGE IL 60517-4902

DAVID N STERN ESQ
1875 NW CORPORATE BOULEVARD
SUITE 100
BOCA RATON FL 33431-8550

DRUGAS PLUMBING
118 SHAFER ROAD
CORAOPOLIS PA 15108-1081

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DUKE ENERGY<br>PO BOX 1326<br>CHARLOTTE  NC 28201-1326 | FPL NORTHWEST FL<br>PO BOX 29090<br>MIAMI  FL 33102-9090 | GRASS CHOPPERS<br>PO BOX 251<br>WARETOWN  NJ 08758-0251 |
| JOHN HOFFMAN<br>4929 ANDROS DR<br>TAMPA  FL 33629-4801 | JERSEY CENTRAL POWER  LIGHT<br>PO BOX 16001<br>READING  PA 19612-6001 | JOHN HOFFMAN<br>CO FRANK  WEINBERG  BLACK  PL<br>ATTENTION DAVID N STERN<br>1875 NW CORPORATE BLVD  SUITE 100 |
| JOHN HOFMANN<br>CO DAVID N STERN<br>BARRON  NEWBURGER  PC<br>7320 N MOPAC EXPRESSWAY  SUITE 400 | JOHN HOFMANN  TRUSTEE<br>9300 S DADELAND BLVD  SUITE 600<br>MIAMI  FL 33156-2721 | JUST DONE RIGHT<br>22 SUMMERFIELD COURT<br>DEER PARK  NY 11729-5641 |
| KATHLEEN S KRAUS<br>PO BOX 887<br>MAHOPAC  NY 10541-0887 | KINGS GATE HOA  INC<br>1600 WEST COLONIAL DRIVE<br>SAINT AUGUSTINE  FL 32084 | KRYSTAL LYNN PICHARDO<br>18 HIGHLAND AVE<br>WARWICK  NY 10990-1819 |
| LACEY MUNICIPAL UTILITIES AUTHORITY<br>PO BOX 205<br>FORKED RIVER  NJ 08731-0205 | LUIS M PICHARDO<br>18 HIGHLAND AVE<br>WARWICK  NY 10990-1819 | NEW JERSEY NATURAL GAS<br>1415 WYCKOFF ROAD<br>PO BOX 1464<br>WALL  NJ 07719-1464 |
| NEW JERSEY NATURAL GAS<br>PO BOX 11743<br>NEWARK  NJ 07101-4743 | (P)NEXTERA ENERGY RESOURCES<br>ATTN CO SHIRLEY PALUMBO ESQ<br>700 UNIVERSE BLVD JB LAW<br>JUNO BEACH FL 33408-2657 | OKG HOMES<br>620 W LACEY RD<br>SUITE 8<br>FORKED RIVER  NJ 08731-2244 |
| EXCLUDE<br>(D)OKG HOMES LLC<br>620 W LACEY ROAD  SUITE 8<br>FORKED RIVER  NJ 08731-2244 | OFFICE OF THE US TRUSTEE<br>51 SW 1ST AVE<br>SUITE 1204<br>MIAMI  FL 33130-1614 | OKALOOSA GAS DISTRICT<br>PO BOX 548<br>VALPRAISO  FL 32580-0548 |
| ORANGE  ROCKLAND<br>PO BOX 1005<br>SPRING VALLEY  NY 10977-0800 | PARACO GAS<br>PO BOX 41227<br>BOSTON  MA 02241-0001 | PASCO COUNTY UTILITIES<br>PO BOX 2139<br>NEW PORT RICHEY  FL 34656-2139 |
| PRIMO SERVICES CONSTRUCTION<br>44 BENJAMIN AVE<br>MIDDLETOWN  NY 10940-6356 | REGINA LANES<br>4929 ANDROS DR<br>TAMPA  FL 33629-4801 | RECOVERY RESTORATION  LLC<br>11213 RIVERVIEW DRIVE<br>RIVERVIEW  FL 33578-4471 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| REGINA LANES<br>10342 N LAKE VISTA CIRCLE<br>DAVIE  FL 33328-1141 | REGINA LANES<br>CO DAVID N STERN<br>1875 NW CORPORATE PKWY  SUITE 100<br>BOCA RATON  FL 33431-8550 | ROCK ISLAND COUNTY COLLECTOR<br>PO BOX 3277<br>ROCK ISLAND  IL 61204-3277 |
| SINGH FAMILY VENTURES<br>CO DAVID N STERN<br>BARRON  NEWBURGER  PC<br>7320 N MOPAC EXPRESSWAY  SUITE 400 | SINGH FAMILY VENTURES  LLC<br>C0 FRANK  WEINBERG  BLACK  PL<br>ATTENTION DAVID N STERN<br>1875 NW CORPORATE BLVD SUITE 100<br>BOCA RATON FL 33431-8550 | ST CLAIR COUNTY TREASURER<br>PO BOX 23980<br>BELLEVILLE  IL 62223-0980 |
| TAMMY W MOORE<br>2559 BARRON COURT<br>SHALIMAR  FL 32579-1281 | ANTHONY PALERMO<br>CO AHEARN JASCO  CO PA<br>190 SE 19 AVE<br>POMPANO BEACH  FL 33060-7541 | JOSHUA LISZT<br>433 PLAZA REAL 339<br>BOCA RATON  FL 33432-3945 |
| NATHAN N GENOVESE<br>27 KIRKCALDY DRIVE<br>BELLA VISTA  AR 72715-5700 | (P)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY<br>SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | ~~EXCLUDE~~<br>~~(U)REGINA LANES~~ |

```
(Accountant)                        (U.S. Trustee)                          Nicole Testa Mehdipour
Anthony Palermo                     Office of the US Trustee                Law Office of Nicole Testa Mehdipour,
c/o Ahearn Jasco & Co PA            51 S.W. 1st Ave.                        PA
190 SE 19 Ave                       Suite 1204                              6278 North Federal Highway
Pompano Beach, FL 33060             Miami, FL 33130                         Suite 408
                                    represented by:                         Ft Lauderdale, FL 33308
                                    Heidi A Feinman
                                    Office of the US Trustee                nicolem@ntmlawfirm.com
                                    51 SW 1 Ave #1204
                                    Miami, FL 33130

                                    Heidi.A.Feinman@usdoj.gov


(Trustee)                           Regina Lanes                            Nathan N. Genovese
Nicole Testa Mehdipour              (Petitioning Creditor)                  27 Kirkcaldy Drive
United States Bankruptcy Trustee    represented by:                         Bella Vista, AR 72715
6278 North Federal Highway Suite 408 David Neal Stern                       (Broker)
Ft Lauderdale, FL 33308             7320 N. MoPac Expressway, Suite 400
represented by:                     Austin, TX 78731
Ido J Alexander, Esq
Alignx Law                          dstern@bn-lawyers.com
12555 Orange Drive
Ste 4159
Fort Laurderdale, FL 33330

ija@alignxlaw.com


(Debtor)                            Charles W Uhrig Family Trust #2, by     Charles W Uhrig Family Trust #1, by
City Vision National Revitalization John Hofmann as trustee                 John Hofmann as trustee
LLC                                 (Petitioning Creditor)                  (Petitioning Creditor)
1095 Broken Sound Parkway NW Suite 100 represented by:                      represented by:
Boca Raton, FL 33487                David Neal Stern                        David Neal Stern
Tax ID / EIN: 83-2850115            7320 N. MoPac Expressway, Suite 400     7320 N. MoPac Expressway, Suite 400
represented by:                     Austin, TX 78731                        Austin, TX 78731
Joshua Liszt
433 Plaza Real #339                 dstern@bn-lawyers.com                   dstern@bn-lawyers.com
Boca Raton, FL 33432

josh@lisztlawpa.com


(Creditor)
CBC Mortgage Agency
Gerard M. Kouri, Jr PA
5311 King Arthur Ave
Davie, FL 33331
represented by:
Gerard M Kouri Jr., Esq
5311 King Arthur Ave
Davie, FL 33331

gmkouripaecf@gmail.com
```